| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | JESUS IVAN RENDON-GUTIERREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-mj-0074 AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR PRELIMINARY |
| vs. | ) | HEARING AND EXCLUDE TIME |
| | ) | |
| JESUS IVAN RENDON-GUTIERREZ, | ) | |
| | ) | DATE: May 31, 2019 |
| Defendant. | ) | TIME: 2:00 p.m. |
| | ) | JUDGE: Hon. Deborah Barnes |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney James Conolly, and Defendant Jesus Ivan Rendon-Gutierrez, through his attorney Hannah R. Labaree, of the Office of the Federal Defender, hereby stipulate to continue the Preliminary Hearing set for May 31, 2019 to June 14, 2019, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through June 14, 2019, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until June 14, 2019. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation and the government can provide advance discovery to defense counsel. Mr. Rendon-Gutierrez consents to this continuance.

Stipulation and Order

| | |
|---|---|
| 1 | The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d). |

Dated: May 24, 2019	Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Attorney for Defendant
JESUS IVAN RENDON-GUTIERREZ


Dated: May 24, 2019	PHILLIP A. TALBERT
Acting United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

1 **ORDER**

2 The Court has read and considered the Stipulation for the Extension of Time for

3 Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this

4 matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference

5 into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing

6 date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

7 Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the

8 interests of justice served by granting this continuance outweigh the best interests of the public

9 and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the

10 extension of time would not adversely affect the public's interest in the prompt disposition of

11 criminal cases.

12 THEREFORE, FOR GOOD CAUSE SHOWN:

13 1. The date of the Preliminary Hearing is extended to June 14, 2019, at 2:00 p.m.

14 2. This time up to and including June 14, 2019 shall be excluded from the calculation

15 pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

16 IT IS SO ORDERED.

17 Dated: May 29, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE