| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| 6 | JESUS IVAN RENDON-GUTIERREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-mj-0074 AC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO EXTEND TIME FOR PRELIMINARY |
| vs. | ) HEARING AND EXCLUDE TIME |
| | ) |
| JESUS IVAN RENDON-GUTIERREZ, | ) |
| | ) DATE: June 14, 2019 |
| Defendant. | ) TIME: 2:00 p.m. |
| | ) JUDGE: Hon. Edmund F. Brennan |
| | ) |

Plaintiff, United States of America, by and through Assistant United States Attorney James Conolly, and Defendant Jesus Ivan Rendon-Gutierrez, through his attorney Hannah R. Labaree, of the Office of the Federal Defender, hereby stipulate to continue the Preliminary Hearing set for June 14, 2019 to July 11, 2019, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through July 11, 2019, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until July 11, 2019. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct investigation. Mr. Rendon-Gutierrez consents to this continuance.

Stipulation and [Proposed] Order

The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d).

Dated: June 11, 2019      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Attorney for Defendant
JESUS IVAN RENDON-GUTIERREZ


Dated: June 11, 2019      MCGREGOR SCOTT
United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

**<u>ORDER</u>**

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to July 11, 2019, at 2:00 p.m.

2. This time up to and including July 11, 2019 shall be excluded from the calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated: June 11, 2019

EDMUND F. BRENNAN
United States Magistrate Judge

Stipulation and [~~Proposed~~] Order