UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 19, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS IVAN RENDON-GUTIERREZ,<br><br>Defendant. | Case No. 2:19-mj-00074-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JESUS IVAN RENDON-GUTIERREZ__, Case No. __2:19-mj-00074-AC__ Charge __21 USC §§ 846, 8410(a)(1); 21 USC § 8410(a)(1)__, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ __50,000 co-signed by Jessica Rendon__

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): __To be released Monday, July 22, 2019 @ 9:00__

__X__ __AM to Pretrial Services, under the terms and conditions as stated on the record.__

Issued at Sacramento, California on July 19, 2019 at __2:15 pm__

By: _____
Magistrate Judge Carolyn K. Delaney